IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH,

    Plaintiff,

v.

DISTRICT ATTORNEY MEG HEAP,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-252

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 14, 2020, Report and Recommendation, (doc. 11), to which Plaintiff has filed a Motion for Reconsideration, (doc. 12). Although plaintiff claims significant debt, his disclosed assets and monthly wages indicate that Plaintiff is not indigent. Notably, Plaintiff was able to pay his filing fee in two other recently filed cases. (Case Nos. 4:19-cv-250; 4:19-cv-251.) As a result, the Court **DENIES** Plaintiff's Motion for Reconsideration. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 11), as the opinion of the Court and **DENIES** Plaintiff's application to proceed in forma pauperis. Plaintiff has twenty-one days from the date of this Order to pay the $400.00 filing fee or the Court will dismiss this case.

**SO ORDERED**, this 8th day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA